UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:21-CR-29-D1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| TOBIAS JORDA JOHNSON | |

On motion of the Defendant, Tobias J. Johnson, and for good cause shown, it is hereby

ORDERED that the DE 23 be sealed until further notice by this Court.

IT IS SO ORDERED.

This the __26__ day of January, 2022.

_____
JAMES C. DEVER III
United States District Judge