UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:21-CR-29-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | **(Under Seal)** |
| TOBIAS JORDA JOHNSON | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry 36 be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office and Counsel for the Defendant.

This the 22 day of April, 2022.

JAMES C. DEVER III
United States District Judge