UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:21-CR-29-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TOBIAS JORDA JOHNSON | ) | |

On motion of the defendant, Tobias Jorda Johnson, and for good cause shown, it is ORDERED that Docket Entry 51 in this matter be sealed until further notice of this Court. The grounds for this Order are found in [DE-51].

THEREFORE, it is ORDERED that the document be filed under seal and to remain sealed until otherwise ordered by this Court.

IT IS SO ORDERED, this the __21__ day of September, 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

-1-